# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE W.N. CONNELL AND MARJORIE T. CONNELL LIVING TRUST, DATED MAY 18, 1972, AN INTER VIVOS IRREVOCABLE TRUST.

JACQUELINE M. MONTOYA; AND KATHRYN A. BOUVIER,

Appellants,

vs.

ELEANOR CONNELL HARTMAN AHERN; AND FREDERICK P. WAID, COURT-APPOINTED TRUSTEE,

Respondents.

No. 69737

FILED

JUN 2 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

16-19223

cc: Hon. Gloria Sturman, District Judge
The Rushforth Firm, Ltd.
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
Hutchison & Steffen, LLC
Eighth District Court Clerk